No. 91–1472. WADE v. SECRETARY OF THE ARMY. C. A. 11th Cir. Certiorari denied.

No. 91–1474. FARRINGTON v. BUREAU OF NATIONAL AFFAIRS, INC., ET AL. Ct. App. D. C. Certiorari denied.

No. 91–1478. ANDERSON ET AL. v. BATTLE ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–1479. KLEIN v. HARTNETT, COMMISSIONER OF LABOR OF NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 91–1480. CITY OF PONCA CITY v. HOUSING AUTHORITY OF KAW TRIBE OF INDIANS OF OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 91–1484. MOORE ET AL. v. KELLER INDUSTRIES, INC. C. A. 5th Cir. Certiorari denied.

No. 91–1485. MYERS v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 91–1486. ISAACS v. WALKER. C. A. 4th Cir. Certiorari denied.

No. 91–1487. JONES ET AL. v. ANDERSON ET AL. Sup. Ct. Kan. Certiorari denied.

No. 91–1490. MOSESIAN v. MCCLATCHY NEWSPAPERS, INC., ET AL. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 91–1492. PHILLIPS v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 91–1495. BURKHART ET UX. v. DAVIES ET AL. Sup. Ct. Del. Certiorari denied.

No. 91–1498. ALTAMORE v. NEWSDAY, INC. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 91–1499. JONES ET UX. v. MELLON BANK, N. A. Super. Ct. Pa. Certiorari denied.